

Office of the Secretary of State Jesse White
**CYBER**DRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 68393876 |
| Entity Name | SUPERIOR BATTERY INC. |

Status
ACTIVE

### Entity Information

Entity Type
CORPORATION

Type of Corp
DOMESTIC BCA

Incorporation Date (Domestic)
Monday, 30 April 2012

State
ILLINOIS

Duration Date
PERPETUAL

### Agent Information

Name
SHARON WONG

Address

**EXHIBIT 1**

2301 S ARCHER AVE STE 3
CHICAGO , IL 60616

Change Date
Tuesday, 26 June 2018

## Annual Report

Filing Date
Friday, 19 March 2021

For Year
2021

## Officers

President
Name & Address
JIN ZHENG 747 EAST STREET, MORRIS IL 60450

Secretary
Name & Address
SAME

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.  Thu Jul 22 2021