https://www.pantagraph.com/news/state-and-regional/morris-fire-illinois-epa-recommends-state-attorney-general-take-legal-action-against-superior-battery-over/article_f0010990-516a-5fe4-9428-2f050f4f305e.html

EDITOR'S PICK   TOPICAL

# Morris fire: Illinois EPA recommends state attorney general take legal action against Superior Battery over blaze that forced evacuation

Katherine Rosenberg-Douglas Chicago Tribune

Jul 1, 2021

The Illinois Environmental Protection Agency is recommending the state attorney general's office "pursue legal action" against Superior Battery, the unlicensed business that was storing as many as 200,000 pounds of lithium batteries that caught fire in Morris Tuesday, forcing thousands of people to evacuate.

In its recommendation, the Illinois EPA "alleges Superior Battery Inc. has caused, threatened, or allowed the discharging of contaminants to the air and water, and disposed or abandoned waste at an unregulated facility."

Its referral is called an "enforcement action," requesting the state move to penalize the company for several alleged violations.

In recent news conferences, held multiple times daily since Morris police and fire agencies first responded to the fire at 919 E. Benton St. Tuesday, city officials, including Mayor Chris Brown, have indicated a large-scale investigation was ongoing and enforcement action could be imminent. The fire was in what had formerly been an abandoned paper mill and Brown said the city never received a business license application from the company.

He and Fire Chief Tracey Steffes said the city had no idea what was housed in the building until 10 minutes after firefighters began spraying it with water, which causes the batteries to explode upon exposure.

**EXHIBIT 2**

## People are also reading…

1. Documents: State Farm CEO made $20 million in 2020
2. Tanner G. Springer
3. Exclusive: Carrillo to resign from Bloomington council

Initial reports from the Fire Department suggested there were as many as 100,000 tons of lithium batteries; the EPA Thursday suggested there were 180,000 to 200,000 pounds of lithium batteries inside the former paper mill, which city officials have said they believed to have been abandoned for decades.

The EPA announced its findings in a statement released Thursday morning. Other actions it suggested include:

Obtaining a consultant to determine the cause of the fire.

Ceasing or preventing additional releases of materials from the site.

Containing any runoff and preventing any off-site discharge of water.

Providing a detailed inventory of site materials and a description of the processes performed at the site.

Identifying any waste streams generated at the site.

Providing an estimate of air contaminants emitted as a result of the fire.

Developing and implementing plans to properly remove and dispose of waste from the site.

Retaining an environmental contractor to perform on- and off-site investigation and remediation.

Establishing procedures to prevent future reoccurrences.

The Grundy County sheriff's office shared drone footage of a section of the fire on social media early Thursday morning. The video captured small clusters of fires with ash and debris scattered around the building, and thermal imaging showed the hottest cores of the fires.