**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| **SUPERIOR BATTERY MANUFACTURING COMPANY, INC.,** a Kentucky corporation,　　　Plaintiff, | :<br>:<br>:<br>:<br>:<br>: |
| v. | : CIVIL ACTION NO.: 1:14-CV-14-JHM |
| **SUPERIOR BATTERY, INC.,** an Illinois corporation,　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: |

## PROPOSED ORDER

Plaintiff Superior Battery Manufacturing Company, Inc. ("Plaintiff"), having filed a Motion to Show Cause for Contempt, and the Court being advised, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

A hearing is set on _____, 2021 at the federal courthouse in Bowling Green and Defendant is ordered to attend and show cause why it should not be held in contempt for failing to comply with the Court's Order of May 30, 2014.

790488:2