# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| **SUPERIOR BATTERY MANUFACTURING COMPANY, INC.** : : : : | |
| PLAINTIFF : | Civil Action No. 1:14CV-00014-JHM |
| v. : | SENIOR JUDGE JOSEPH H. MCKINLEY, JR. |
| **SUPERIOR BATTERY, INC.** : : : | |
| DEFENDANT : : | |

## ORDER

On the Court's own motion,

**IT IS ORDERED** that this matter is **transferred** to the Honorable Greg N. Stivers, Chief Judge for the United States District Court for the Western District of Kentucky, for reassignment to another judge.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

Copies to: Counsel of Record
Traci Duff

July 27, 2021